IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | CRIMINAL ACTION FILE |
| v. ) | |
| ) | NUMBER 1:10-cr-150-TCB |
| LOIS ANN WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before the Court on Magistrate Judge Alan J. Baverman's Report and Recommendation ("R&R") [18], which recommends that Defendant's motion to dismiss the indictment for improper venue be denied.

Because Defendant has not filed any objections to the R&R, the Court reviews the R&R for plain error. *United States v. Slay*, 714 F.2d 1093, 1095 (11th Cir. 1983). After review, the Court finds no error in either Judge Baverman's factual findings or legal conclusions. Accordingly, the Court ADOPTS the R&R [18] as its ORDER. Trial in this matter is hereby set for

October 4, 2010 at 9:30 a.m. in courtroom 1708 and the pretrial conference shall be on September 29, 2010 at 10:30 a.m. Any motions in limine shall be filed by September 16, 2010; responses thereto and proposed voir dire questions are due by September 23, 2010.

IT IS SO ORDERED this 30th day of August, 2010.

_____
Timothy C. Batten, Sr.
United States District Judge